| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>NACHMANOFF, MICHAEL S. | **2. Court or Organization**<br><br>UNITED STATES DISTRICT COURT | **3. Date of Report**<br><br>05/15/2019 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES MAGISTRATE JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

401 COURTHOUSE SQUARE
FOURTH FLOOE
ALEXANDRIA, VA 22314
703-299-3367

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BENEFICIARY REPRESENTATIVE | TRUST #1 |
| 2. | BENEFICIARY REPRESENTATIVE | TRUST #2 |
| 3. | BENEFICIARY REPRESENTATIVE | TRUST #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NACHMANOFF, MICHAEL S. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NACHMANOFF, MICHAEL S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | UNITD BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 2. | VANGUARD PRIME MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 3. | VANGUARD STAR FUND | A | Dividend | K | T | | | | | |
| 4. | VANGUARD TOTAL STOCK MARKET INDEX ADM | A | Dividend | K | T | | | | | |
| 5. | VANGUARD LIFESTRATEGY GROWTH FUND | A | Dividend | L | T | | | | | |
| 6. | VANGUARD LTD-TERM TAX EXEMPT FUND | A | Dividend | J | T | | | | | |
| 7. | VANGUARD WINDSOR II FUND INV | A | Dividend | J | T | | | | | |
| 8. | BROKERAGE #1 | | | | | | | | | |
| 9. | - MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 10. | - CHKE COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. | - SLF COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. | - USB COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. | - UBI COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. | METLIFE INSURANCE | D | Int./Div. | L | T | | | | | |
| 15. | TRUST #1 BENEFICIARY REPRESENTATIVE | | | | | | | | | |
| 16. | - ROYCE TRUSTSHARES FUND | E | Distribution | M | T | | | | | |
| 17. | TRUST #2 BENEFICIARY REPRESENTATIVE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NACHMANOFF, MICHAEL S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ROYCE TRUSTSHARES FUND | E | Distribution | M | T | | | | | |
| 19. TRUST #3 BENEFICIARY REPRESENTATIVE | | | | | | | | | |
| 20. - ROYCE TRUSTSHARES FUND | E | Distribution | L | T | | | | | |
| 21. FIDELITY INVESTMENTS DE 2018 PORTFOLIO | | None | J | T | | | | | |
| 22. VA CSP | | | | | | | | | |
| 23. - CHESAPEAKE | | None | M | T | Buy (add'l) | 11/0718 | J | | |
| 24. - POTOMAC | | None | M | T | Distributed (part) | 08/03/18 | J | | |
| 25. -POTOMAC (CONTINUED) | | None | | | Buy (add'l) | 11/07/18 | J | | |
| 26. -POTOMAC (CONTINUED) | | | | | Distributed | 08/01/18 | J | | |
| 27. - AGGRESSIVE | | None | M | T | Distributed (part) | 01/08/18 | K | | |
| 28. -AGGRESSIVE (CONTINUED) | | | | | Distributed (part) | 08/01/18 | K | | |
| 29. - AGGRESSIVE (CONTINUED) | | | | | Buy (add'l) | 11/07/18 | J | | |
| 30. - ALLEGHANY | | None | L | T | | | | | |
| 31. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that "UBI Common Stock" listed in Part VII, line 14 of the current report is a previously owned asset and not a new purchase in 2016. On the 2015 report, the same asset was erroneously listed as "UBS Common Stock" in Part VII, line 14 of the 2015 report. The correct listing of the asset should have been "UBI Common Stock" on the 2015 report.

| Name of Person Reporting | Date of Report |
|---|---|
| NACHMANOFF, MICHAEL S. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHAEL S. NACHMANOFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544